# ELECTRONIC RECORD

COA # 03-11-00428-CR     OFFENSE: 30.02F2

STYLE: Dromico Andree Washington a/k/a Andrew Washington a/k/a Dromico Andrew Washington, Sr. v. The State of Texas

COUNTY: Bell

COA DISPOSITION: Reversed and Remanded

TRIAL COURT: 426th District Court

DATE: 8/29/2013     Publish: NO     TC CASE #: 66578

# IN THE COURT OF CRIMINAL APPEALS

## ELECTRONIC RECORD

STYLE: Dromico Andree Washington a/k/a Andrew Washington a/k/a Dromico Andrew Washington, Sr. v. The State of Texas

CCA #: 1296-13

_____State's_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____

DATE: _____

JUDGE: _____

CCA Disposition: Grant & Remand

DATE: 3-19-14

JUDGE: P.C.

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____